**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-30029 |
| Plaintiff - Appellee, | D.C. No. 1:06-cr-00079-JDS |
| v. | |
| LASHAWN JERMAINE JOHNSON, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Jack D. Shanstrom, District Judge, Presiding

Submitted July 12, 2011[**]

Before:    SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Lashawn Jermaine Johnson appeals from the 353-month sentence imposed

following his jury-trial conviction for various drug offenses involving cocaine

base. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Johnson contends that his sentence is substantively unreasonable because the sentence fails to account for the crack/powder disparity and other 18 U.S.C. § 3553(a) sentencing factors. In light of the totality of the circumstances and the factors set forth in section 3553(a), the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc).

**AFFIRMED.**